UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STACEY RODRIGUEZ,

    Plaintiff,

v.

                              Case No. 20-cv-1687-pp

PALOMA LEGACY LLC,

    Defendant.

---

## ORDER DISMISSING CASE

---

The parties have filed a voluntary stipulation of dismissal. Dkt. No. 14. The court **APPROVES** the parties' stipulation and **ORDERS** that this case is **DISMISSED with prejudice** and without costs to either party.

Dated in Milwaukee, Wisconsin this 8th day of February, 2021.

                                                BY THE COURT:

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **Chief United States District Judge**